## NOT DESIGNATED FOR PUBLICATION

### STATE OF LOUISIANA
### COURT OF APPEAL, THIRD CIRCUIT

**03-1571**

**TIGER PETROLEUM, L.C.**

**VERSUS**

**HIBERNIA CORPORATION D/B/A HIBERNIA NATIONAL BANK**

************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 2001-1422,
HONORABLE KRISTIAN EARLES, DISTRICT JUDGE

************

**JIMMIE C. PETERS**
**JUDGE**

************

Court composed of Jimmie C. Peters, Marc T. Amy, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

**Stan Gauthier, II**
**Attorney at Law**
**1405 West Pinhook Road**
**Suite 105**
**Lafayette, LA 70503**
**(337) 234-0099**
**ATTORNEY FOR PLAINTIFF/APPELLANT:**
    **Tiger Petroleum, L.C.**

**Edward C. Abell, Jr.**
**Onebane Law Firm**
**Post Office Drawer 3507**
**Lafayette, LA 70502**
**(337) 237-2660**
**ATTORNEY FOR DEFENDANT/APPELLEE:**
    **Hibernia Corporation d/b/a Hibernia National Bank**